IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEWIS CLAY SHULER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00266 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| DARON HALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 59), recommending that the Motion for Summary Judgment filed by Defendants Chadwick Myatt and Timothy Dial (Doc. No. 31) be granted. No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant Myatt and Defendant Dial's Motion for Summary Judgment is **GRANTED.**

The report and recommendation correctly notes that "[b]ecause the Officer Defendants are the only remaining served Defendants in this matter, adoption of this Report and Recommendation would result in dismissal with prejudice of this action." (Doc. No. 59 at 4 n.5). Accordingly, this action is **DISMISSED** with prejudice.

This Order shall constitute final judgment in this action for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file,

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE